

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,253-03

### IN RE RONALD WHIT DUBOSE, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 07-1246-CR IN THE 25TH DISTRICT COURT
### FROM GUADALUPE COUNTY

---

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that Respondent, the District Clerk of Guadalupe County, failed to send him a copy of the supplemental record in *Ex parte Dubose*, No. WR-83,253-01 (Tex. Crim. App. June 3, 2015) (not designated for publication).

On September 16, 2015, we held this application in abeyance and ordered Respondent to state "whether she complied with Article 11.07, § 7 of the Code of Criminal Procedure and Rule of Appellate Procedure 73.4(b)(2)." On February 1, 2016, we received a response from a deputy clerk in the District Clerk's Office. She stated that she is responsible for forwarding findings of fact to

all the parties in Relator's case, the method of delivery was by U.S. Mail, and the delivery date was July 15, 2015.  We are not able to determine from the deputy clerk's response whether Respondent has fully complied with Article 11.07, § 7 of the Code of Criminal Procedure and Rule of Appellate Procedure 73.4(b)(2).  Accordingly, Respondent shall submit a second response.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.


Filed:  May 18, 2016
Do not publish